UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

**Civil Action No. 1:18-cv-10995-NGM**

| | |
|---|---|
| **ABDUL SHABAZZ,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|     **v.** | ) |
| | ) |
| **BHF BLUE WATER, LLC,** | ) |
|     **Defendant.** | ) |

**STIPULATION OF DISMISSAL**

Now comes the parties in the above entitled matter and by and through their attorneys and submits Stipulation of Dismissal.

It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint be dismissed with prejudice, all rights of appeal waived.

Respectfully Submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| **Abdul Shabazz,** | **BHF Blue Water, LLC,** |
| By his attorneys | By its attorneys, |
| | |
| **Latti & Anderson LLP** | **Regan & Kiely, LLC,** |
| | |
| /s/ Carolyn M. Latti | /s/ Joseph A. Regan |
| Carolyn M. Latti, Esq. (BBO #567394) | Joseph A. Regan |
| Latti & Anderson LLP | Regan & Kiely |
| 30-31 Union Wharf | 88 Black Falcon Avenue, Suite 330 |
| Boston, MA  02109 | Boston, MA  02210 |
| (617) 523-1000 | (617) 723-0901 |
| (617) 723-7394 (Fax) | (617) 723-0977 – Facsimile |
| clatti@lattianderson.com | fgm@regankiely.com |

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electric Filing, and paper copies will be sent to those indicated as non-registered participants, on February 29, 2020.

                                   /s/ Carolyn M. Latti